**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22478-CIV-ALTONAGA**

**JUAN DAVID SUAREZ CESPEDES**,

      Petitioner,

v.

**GARRETT J. RIPA, MIAMI FIELD**
**OFFICE DIRECTOR**, *et al.*,

      Respondents.
_____/

## <u>ORDER</u>

**THIS CAUSE** comes before the Court on Petitioner, Juan David Suarez Cespedes's Motion to Transfer to the Middle District of Florida [ECF No. 5], filed on April 10, 2026.  For the following reasons, the Court concludes it lacks jurisdiction and transfers the case to the United States District Court for the Middle District of Florida.

On April 9, 2026, Petitioner docketed a Petition for Writ of Habeas Corpus Under 28 U.S.C. [Section] 2241 [ECF No. 1], challenging his detention in the custody of Immigration and Customs Enforcement ("ICE") at Florida Soft Side South — an immigration detention facility in Ochopee, Florida.  (*See id.* 2).[1].  On April 10, 2026, the Government moved to dismiss or alternatively transfer the action to the Middle District of Florida, arguing the Court lacks jurisdiction because the facility Petitioner is confined in is in the Middle District of Florida.  (*See generally* Mot. to Dismiss [ECF No. 4]).  In response, Petitioner filed the instant Motion, acknowledging that the

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

Middle District of Florida has jurisdiction and asking that the action be transferred to the Middle District of Florida.  (*See* Mot. 2).

Accordingly, it is

**ORDERED AND ADJUDGED** that Petitioner, Juan David Suarez Cespedes's Motion to Transfer to the Middle District of Florida **[ECF No. 5]** is **GRANTED**.  Defendants' Motion to Dismiss **[ECF No. 4]** is **DENIED as moot**.  The Clerk is directed to **TRANSFER** this case to the United States District Court for the Middle District of Florida, Fort Myers Division.  *See* M.D. Fla. L.R. 1.04(a).  Upon transfer to the Middle District of Florida, the Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 13th day of April, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2